UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL R. JONES,

        Plaintiff,

vs.

Case No. 15-12527
HON. GEORGE CARAM STEEH

WAYNE COUNTY JAIL, *et al.*,

        Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DOC. 52)

This matter is before the Court on defendants' motion for summary judgment. On December 18, 2017, Magistrate Judge Elizabeth A. Stafford issued a report and recommendation recommending that defendants' motion be granted and the Court dismiss a claim *sua sponte*. (Doc. 52).

The court has reviewed the file, record, and magistrate judge's report and recommendation. Objections to that report have not been filed by Jones within the established time period. The court accepts the report and recommendation.

Accordingly,

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation is accepted.

IT IS FURTHER ORDERED that defendants' motion for summary judgment is GRANTED. Jones' unexhausted claims shall be DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Jones' claim of black mold in the shower be DISMISSED *sua sponte*.

IT IS SO ORDERED.

Dated: January 16, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 16, 2018, by electronic and/or ordinary mail and also on Samuel R. Jones #364868, Earnest C. Brooks Correctional Facility, 2500 S. Sheridan Drive, Muskegon Heights, MI 49444.

s/Barbara Radke
Deputy Clerk